1  McGREGOR W. SCOTT
   United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00210-AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| JORGE ESPINOZA-CASTRO, and<br>IVAN ELIZALDE-OSORIO, | ) |
| Defendants. | ) |

Having read and considered the parties' stipulation to continue the current status conference/monitions hearing date of November 17, 2008, at 9:00 a.m. to December 1, 2008, at 9:00 a.m. in this matter,

IT IS THE ORDER OF THE COURT THAT, the current status conference/monitions hearing date is hereby continued to December 1, 2008, at 9:00 a.m.

IT IS FURTHER ORDERED THAT, time be excluded to and through December 1, 2008, in order to (1) permit the government and

1

defense counsel to engage in further plea disposition negotiations; and (2) for the defense to adequately prepare for the hearing in this case following the government's plea offer, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

IT IS SO ORDERED.

**Dated:  November 14, 2008**              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE